UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :     **COURT EXHIBIT 3A**:
            v.                                         :     **VERDICT SHEET**
                                                       :     19-CR-004-2 (WFK)
MOLISSA GANGAPERSAD,                                   :
                                                       :
                    Defendant.                         :
------------------------------------------------------x

WE, THE JURY, HEREBY UNANIMOUSLY RENDER THE FOLLOWING VERDICT:

On the sole count of the Indictment against Defendant Molissa Gangapersad, charging her with the crime of knowingly and willfully making materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the Government of the United States, how do you find the Defendant Molissa Gangapersad?

        NOT GUILTY _____                    GUILTY __✓__

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

JURY FOREPERSON: _[signature]_

DATE: _5/26/2022_